IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GREGORY LEIR ROLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT W. DOYLE, et al.,<br><br>    Defendants. | ORDER<br><br>Case No. 18-cv-480-jdp |

This case was transferred from the Eastern District of Wisconsin, where plaintiff Gregory Leir Rollins, a prisoner in the custody of the Wisconsin Department of Corrections, filed a proposed civil complaint under 42 U.S.C. § 1983. Now that the case is currently pending in the Western District of Wisconsin, plaintiff's motion for leave to proceed without prepaying the filing fee will be addressed by this court. Dkt. 2. However, before I can address plaintiff's motion, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than July 25, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Gregory Leir Rollins may have until July 25, 2018 to submit a trust fund account statement for the period beginning approximately December 19,

2017 and ending approximately June 19, 2018.  If, by July 25, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of July, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge